**Order entered March 3, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01215-CV

**HIGHLAND CAPITAL MANAGEMENT, L.P., Appellant**

**V.**

**PATRICK DAUGHERTY, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-04005**

## ORDER

Before the Court is a February 24, 2015, joint motion to reorder briefing schedule. Prior to this motion, Highland Capital Management appealed the trial court's overruling of its challenge to Daugherty's supersedeas bond. In the meantime, Daugherty and Highland Employee Retention Assets LLC filed notices of appeal challenging a final judgment in the same cause below. Before this Court ruled on the challenge, we consolidated the two appeals.

On the Court's own motion, we **DIRECT** the Clerk of the Court to re-align the parties as follows:

Patrick Daugherty as Appellant/Cross-Appellee
Highland Employee Retention Assets LLC as Appellant/Cross-Appellee
Highland Capital Management, L.P. as Appellee/Cross-Appellant
Sierra Verde, LLC as Appellee
Patrick Boyce as Appellee

William L. Britain as Appellee
James Dondero as Appellee

We **GRANT** the parties' motion regarding the briefing deadlines and **ORDER** the parties

file their briefs as follows:

- Appellants Daugherty and Highland Employee Retention Assets LLC's appellant briefs are due no later than **March 30, 2015**.

- Daugherty's brief in response to Highland Employee Retention Assets LLC's brief is due no later than **April 29, 2015**.

- Highland Capital Management, L.P.'s (and all other appellees as to Daugherty, if applicable) brief in response to Daugherty's brief; and Highland Capital Management, L.P.'s opening brief as cross-appellant are due no later than **April 29, 2015**.

- Daugherty's combined reply brief and appellee's response to Highland Capital's opening brief is due no later than **May 29, 2015**.

- Highland Employee Retention Assets LLC's reply brief is due no later than **May 29, 2015**.

- Highland Capital Management, L.P.'s reply brief to Daugherty's response is due no later than **June 18, 2015**.

/s/    CRAIG STODDART
       JUSTICE